

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:18cr105TSL-FKB

ANCE PAYTON

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

## COUNT 1

On or about March 10, 2017, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **ANCE PAYTON**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a mixture of substance containing a detectable amount of hydrocodone, a mixture of substance containing a detectable amount of cocaine, and a mixture of substance containing a detectable amount cocaine base (commonly referred to as "crack"), all Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

On or about March 10, 2017, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **ANCE PAYTON**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a mixture of substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 3

That on or about March 10, 2017, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **ANCE PAYTON**, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this Indictment:

- **One (1) Ruger revolver, .357 Magnum caliber, model Security Six, serial number 160-37598; and**
- **Any ammunition.**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property

of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the \_\_15th\_\_ day of \_\_MAY\_\_, 2018.

_____
UNITED STATES MAGISTRATE JUDGE